IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ROSENBLUM, | 1:08-cv-00448-OWW-WMW (PC) |
| Plaintiff, | ORDER TO RESUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| MULE CREEK STATE PRISON MEDICAL STAFF, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include plaintiff's signature, authorizing the collection of the filing fee from plaintiff's trust account, in accordance with 28 U.S.C. section 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall re-submit the enclosed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action.

/////

-1-

**Failure to comply with this order will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

Dated:   March 28, 2008              /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE