1   **WO**

2

3

4

5   **IN THE UNITED STATES DISTRICT COURT**

6   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   Phillip Rosenblum,                    )     No. CV 1-08-0448-SMM
                                          )
9              Plaintiff,                 )     **ORDER**
                                          )
10  vs.                                   )
                                          )
11  Mule Creek State Prison Medical Staff, et )
    al.,                                  )
12                                        )
               Defendants.                )
13  _____)

14         On October 15, 2009, Plaintiff filed a motion seeking the appointment of counsel

15  (Doc. 28).  Plaintiff does not have a constitutional right to appointed counsel in this action,

16  Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an

17  attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States

18  District Court for the Southern District of Iowa, 490 U.S. 296, 298 (1989).  However, in

19  certain exceptional circumstances the court may request the voluntary assistance of counsel

20  pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

21         Without a reasonable method of securing and compensating counsel, the court will

22  seek volunteer counsel only in the most serious and exceptional cases.  In determining

23  whether exceptional circumstances exist, "a district court  must evaluate both the likelihood

24  of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in

25  light of the complexity of the legal issues involved."  Id. (internal quotation marks and

26  citations omitted).

27

28

1         In the present case, the Court does not find the required exceptional circumstances.

2    Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious

3    allegations which, if proved, would entitle him to relief, his case is not exceptional.  This

4    Court is faced with similar cases almost daily.  Further, at this early stage in the proceedings,

5    the Court cannot make a determination that Plaintiff is likely to succeed on the merits, and

6    based on a review of the record in this case, the Court does not find that Plaintiff cannot

7    adequately articulate his claims.

8         **IT IS HEREBY ORDERED DENYING** Plaintiff's motion for the appointment of

9    counsel, without prejudice (Doc. 28).

10        DATED this 9th day of November, 2009.

11

12

13                                Stephen M. McNamee

14                           United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28