**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Phillip Rosenblum,<br><br>    Plaintiff,<br><br>vs.<br><br>Mule Creek State Prison Medical Staff, et al.,<br><br>    Defendants. | No. CV 1-08-0448-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Modification of Scheduling Order, filed July 22, 2010 (Doc. 57). To date, Defendants have not filed a response.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants file a Response to Plaintiff's Motion for Modification of Scheduling Order by **November 5, 2010**. Any Reply shall be filed by **November 19, 2010**.

DATED this 22nd day of October, 2010.

_____
Stephen M. McNamee
United States District Judge