# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Rosenblum,<br><br>    Plaintiff,<br><br>vs.<br><br>Mule Creek State Prison Medical Staff, et al.,<br><br>    Defendants. | No. CV 1-08-0448-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Request for Extension of Time to File Reply to[] Opposition of Scheduling Order Modification (Doc. 64). Plaintiff requests a thirty (30) day extension, until December 19, 2010, to file his Reply. (Doc. 64.) Plaintiff states that he was recently transferred from Kern Valley State Prison to the California Correctional Institution in Tehachapi. (Doc. 64.) Plaintiff admitted that he failed to file a change of address with the Court but that he anticipates an imminent transfer back to Kern Valley State Prison. (Doc. 64.) Plaintiff stated that because of his transfer and failure to file a change of address he has not reviewed Defendants' Response to Plaintiff's Motion to Modify the Scheduling Order (Doc. 63). (Doc. 64.) The Court will grant Plaintiff the requested additional time to review Defendants' Response (Doc. 63).

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Request for Extension of Time to File Reply to[] Opposition of Scheduling Order Modification (Doc. 64).

**IT IS FURTHER ORDERED** that Plaintiff may file a Reply no later than December 19, 2010.

DATED this 22nd day of November, 2010.

Stephen M. McNamee
United States District Judge