**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Phillip Rosenblum,<br><br>   Plaintiff,<br><br>vs.<br><br>Mule Creek State Prison Medical Staff, et al.,<br><br>   Defendants. | No. CV 1-08-0448-SMM<br><br>**ORDER** |

  Before the Court is Plaintiff's Motion for Preliminary Injunction (Doc. 67), which the Court construes as a Motion for Temporary Restraining Order, filed December 10, 2010.

  **IT IS HEREBY ORDERED** that Defendants file a Response to Plaintiff's Motion (Doc. 67) by **January 4, 2011**.

  **IT IS FURTHER ORDERED** that Plaintiff shall file any Reply by **January 18, 2011**.

  DATED this 14th day of December, 2010.

                 */s/ Stephen M. McNamee*
                 Stephen M. McNamee
                 United States District Judge