# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ROSENBLUM, | No. CV 08-00448 -PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| MULE CREEK STATE PRISON MEDICAL STAFF, ET. AL., | |
| Defendant. | |

Before the Court is Plaintiff's Request for Voluntary Dismissal of Defendant Vilaysane (Doc. 83). Plaintiff states that Defendant Vilaysane did not violate Plaintiff's constitutional rights as alleged in Plaintiff's First Amended Complaint (Doc. 56) and requests that Defendant Vilaysane be dismissed from this lawsuit. (Doc. 83 at 1.)

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Request for Voluntary Dismissal of Defendant Vilaysane (Doc. 83).

**IT IS FURTHER ORDERED DISMISSING** Defendant Vilaysane from this lawsuit.

DATED this 8th day of March, 2011.

Stephen M. McNamee
United States District Judge