IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Rosenblum,<br><br>    Plaintiff,<br><br>vs.<br><br>Mule Creek State Prison Medical Staff, et al.,<br><br>    Defendants. | No. CV 1-08-0448-SMM<br><br>**ORDER** |

Before the Court is Defendants' Second Request to Modify the Scheduling Order (Doc. 88). Defendants request a 14-day extension in which to file a motion for summary judgment on grounds that new defense counsel has recently been assigned to the case, and has had to order and receive additional documentation. (Doc. 88 at 2.) The Court will grant Defendants' request for additional time.

**IT IS HEREBY ORDERED GRANTING** Defendants' Second Request to Modify the Scheduling Order (Doc. 88) only to the extent that Defendants must file any motion for summary judgment by **May 13, 2011**.

DATED this 28th day of April, 2011.

Stephen M. McNamee
United States District Judge